| AO 10<br>Rev. 1/2013 | FINANCIAL DISCLOSURE REPORT<br>FOR CALENDAR YEAR 2012 | Report Required by the Ethics<br>in Government Act of 1978<br>(5 U.S.C. app. §§ 101-111) |
|---|---|---|

| 1. Person Reporting (last name, first, middle initial)<br><br>Sloviter, Dolores K. | 2. Court or Organization<br><br>United States Court of Appeals for the Third Circuit | 3. Date of Report<br><br>08/07/2013 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>United States Circuit Judge - Active | 5a. Report Type (check appropriate type)<br><br>☐ Nomination     Date<br>☐ Initial    ☑ Annual    ☐ Final<br><br>5b. ☐   Amended Report | 6. Reporting Period<br><br>01/01/2012<br>to<br>12/31/2012 |
| 7. Chambers or Office Address<br><br>18614 United States Courthouse<br>601 Market Street<br>Philadelphia, PA 19106 | | |

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Trustee | Trust # 1 |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Sloviter, Dolores K. | 08/07/2013 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | 2012 | Temple University, Phila., PA | $1,775.00 |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Sloviter, Dolores K. | 08/07/2013 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Sloviter, Dolores K. | 08/07/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. AT&T - com. stock | D | Dividend | M | T | | | | | |
| 2. Beneficial Mutual Bancorp - com. stock | A | Dividend | J | T | | | | | |
| 3. Exelon - com. stock | C | Dividend | L | T | | | | | |
| 4. GE - com. stock | B | Dividend | O | T | | | | | |
| 5. IT&T Industries - com. stock | A | Dividend | J | T | | | | | |
| 6. HanesBrand, Inc. - com. stock | | None | J | T | | | | | |
| 7. Hartford Fin. Services - com. stock | A | Dividend | J | T | | | | | |
| 8. PSEG | A | Dividend | K | T | | | | | |
| 9. Sara Lee - com. stock, now Hillshire Brand | A | Dividend | J | T | | | | | |
| 10. Exeles | A | Dividend | J | T | | | | | |
| 11. Xylem | A | Dividend | J | T | | | | | |
| 12. Vanguard Mun. Bond Funds - see VIII | G | Dividend | P1 | T | | | | | |
| 13. Vanguard Windsor II - see VIII | E | Dividend | O | T | | | | | |
| 14. Vanguard Star Fund | B | Dividend | M | T | | | | | |
| 15. Vanguard 500 Index Fund | C | Dividend | M | T | | | | | |
| 16. Allegheny Higher Ed., 4.5%, '22 | A | Interest | J | T | | | | | |
| 17. Allentown Pa Parking Auth. 5%, '38 | B | Interest | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Sloviter, Dolores K. | 08/07/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Bucks County W & S, 5%, '22 | A | Interest | J | T | Sold | 6/14/12 | J | | |
| 19. Chambersburg S.D., 4.6%, '25 | B | Interest | K | T | | | | | |
| 20. Dauphin Cty., 4.5%, '26 | A | Interest | J | T | | | | | |
| 21. Dauphin Cty., 4%, '26 | B | Interest | K | T | | | | | |
| 22. Del. Port Auth. - N.J. Port Auth., 5.2%, '25 | B | Interest | K | T | Sold | 4/26/12 | K | | |
| 23. Greater Johnstown, 5%, '19 | A | Interest | J | T | | | | | |
| 24. Lower Merion S.D., 4.8%, '25 | A | Interest | K | T | | | | | |
| 25. Muhlenberg, PA, 5%, '23 | A | Interest | K | T | Sold | 9/4/12 | | | |
| 26. Northampton, 5%, '39 | A | Interest | K | T | | | | | |
| 27. Northeastern York, 4.5%, '26 | B | Interest | K | T | | | | | |
| 28. Pa. Turnpike, 5%, '23 | A | Interest | J | T | Sold | 12/1/11 | | | |
| 29. Pa. Turnpike, 5%, '23 | A | Interest | J | T | Sold | 12/6/11 | | | |
| 30. Pa. 4th Series, 4.5%, '24 | A | Interest | K | T | | | | | |
| 31. Pa. St. HFA, 4.5%, '24 | A | Interest | K | T | | | | | |
| 32. Pa. Turnpike, 4.75%, '27 | A | Interest | J | T | | | | | |
| 33. Pa. First Series B, 4.375%, '27 | B | Interest | K | T | | | | | |
| 34. Pa. St. Pub. Sch. Bldg., 4.3%, '27 | A | Interest | J | T | | | | | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Sloviter, Dolores K. | 08/07/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Pa. First Series B/E, 4.375%, '28 | B | Interest | K | T | | | | | |
| 36. Pa. Turnpike, 5%, '39 | A | Interest | J | T | | | | | |
| 37. Pa. Hsg. Fin. Agency, 4.75%, '39 | B | Interest | K | T | | | | | |
| 38. Phila. Parking, 5.125%, '24 | A | Interest | J | T | | | | | |
| 39. Reading, 4.45%, '27 | B | Interest | K | T | | | | | |
| 40. Reading S.D., 4.75%, '38 | B | Interest | K | T | | | | | |
| 41. Somerset S.D., 4.2%, '22 | A | Interest | K | T | | | | | |
| 42. formerly Wachovia Accts., now Wells Fargo | A | Interest | K | T | | | | | |
| 43. Temple University Charitable Gift Annuity | A | Interest | K | T | | | | | |
| 44. Trust # 1 Wachovia Bank | F | Interest | O | T | | | | | |
| 45. Univ. of Pennsylvania Charitable Gift Annuity | A | Interest | K | T | | | | | |
| 46. Allentown Pa Parking Auth. 5%, '38 | B | Interest | J | T | | | | | |
| 47. Butler Swr Auth. 4.9% | E | Interest | J | T | | | | | |
| 48. Pa. Hg Fin. 4.625%, '31 | A | Interest | K | | Buy | 09/23/11 | K | | |
| 49. Reading Water 5.08, '31 | | None | | | Buy | 11/29/11 | K | | |
| 50. Uniontown Area SD 4.35%, '34 | A | Interest | | T | | | K | | |
| 51. Frazier Pa. School District | A | Interest | K | T | Buy | 09/05/12 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Sloviter, Dolores K. | 08/07/2013 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. Neshannock Twp. Pa School | B | Interest | L | T | Buy | 05/18/12 | L | F | |
| 53. Washington Pa Parking Authority | B | Interest | L | T | Buy | 05/18/12 | L | F | |
| 54. Jeannette Pa School District | C | Interest | L | T | Buy | 05/23/12 | L | F | |
| 55. Highridge Pa Wtr Auth | B | Interest | L | T | Buy | 05/18/12 | L | F | |
| 56. Cecil Twp Pa Mun Auth | B | Interest | L | T | Buy | 05/23/12 | L | C | |
| 57. Midd West Sch District PA | B | Interest | L | T | Buy | 05/18/12 | L | A | |
| 58. Olney Valley Pa School District | B | Interest | L | T | Buy | 05/18/12 | L | B | |
| 59. Fairfield Pa Area School | B | Interest | L | T | Buy | 05/23/12 | L | A | |
| 60. Deer Lakes School District PA | A | Interest | L | T | Buy | 05/21/12 | L | A | |
| 61. Mon Vly Pa Swr Auth | B | Interest | L | T | Buy | 05/23/12 | L | B | |
| 62. Washington Cnty Pa Ser | C | Interest | L | T | Buy | 05/21/12 | L | A | |
| 63. Mifflin Cnty Pa Rfdg | C | Interest | M | T | Buy | 05/21/12 | M | A | |
| 64. | | | | | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Sloviter, Dolores K. | 08/07/2013 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

The Vanguard Municipal Bond Funds in VII have checking account features and were used for various transactions throughout the year.

The Trust #1 in VII - only asset is a Wachovia Bank account

Dear Sir/Madam:

I sold my home down the shore on May 22, 2012. ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ . It has been difficult for me to find some of the records I needed to complete the Financial Disclosure Report. I will search for any information you or your committee deem necessary.

Please see information below regarding my shore house.

Thank you.

Dolores K. Sloviter, Circuit Judge


Sold 5/22/12   - Gross Sale $97,500.00

Cost was $89,605.20

Gain $7,894.80

| Name of Person Reporting | Date of Report |
|---|---|
| Sloviter, Dolores K. | 08/07/2013 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature:  s/ **Dolores K. Sloviter**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544